## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSEPH R. KARSNER, IV

     Petitioner

v.

ROBERT CAREY

and

FINRA

     Respondents

Civil Action No.: 1:07-CV-01580-RJL

## ENTRY OF APPEARANCE

Dear Clerk:

     Please enter the appearance of Betty G. Brooks, Financial Industry Regulatory Authority,

Inc. ("FINRA"), as additional counsel for the defendant, FINRA, in the above-captioned case.

                              Respectfully submitted,

                              /s/_____
                              Betty G. Brooks, FL Bar No. 0611603
                              Associate General Counsel
                              Financial Industry Regulatory
                              Authority, Inc.
                              1735 K Street, N.W.
                              Washington, D.C. 20006
                              Telephone (202) 728-8288
                              Facsimile (202) 728-8894

/s/
_____
Terri L. Reicher, DC Bar No. 414685
Associate General Counsel
Financial Industry Regulatory
Authority, Inc.
1735 K Street, N.W.
Washington, D.C. 20006
Telephone (202) 728-8967
Facsimile (202) 728-8894

Attorneys for Defendant,
Financial Industry Regulatory
Authority, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 10th day of October, 2007, a copy of the foregoing paper was filed with the Court's electronic case filing system and was mailed, via first-class mail, postage prepaid, to:

> Richard J. Magid
> Whiteford, Taylor & Preston
> 7 Saint Paul Street
> Baltimore, MD   21202
>
> and
>
> William B. Young, Jr.
> Colling, Gilbert, Wright & Carter
> 2301 Maitland Center Parkway, Suite 240
> Maitland, FL  32751

.                                   /s/_____
                                    Betty G. Brooks